# EXHIBIT 2
## TO THE COMPLAINT

**REDACTED**