**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Quanzhou Yongchun Beilang E-Commerce Co., Ltd.

Case Number: 25-cv-15372

An appearance is hereby filed by the undersigned as attorney for:

Plaintiff Quanzhou Yongchun Beilang E-Commerce Co.,Ltd.

Attorney name (type or print): Junru Chen

Firm: Clovian Law LLC

Street address: 21 S Evergreen Ave., Ste. 200-129

City/State/Zip: Arlington Height, IL 60005

Bar ID Number: 6344136
(See item 3 in instructions)

Telephone Number: (312) 500-2995

Email Address:

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you a member of the court's general bar? | ✔ | |
| Are you a member of the court's trial bar? | | ✔ |
| Are you appearing *pro hac vice*? | | ✔ |
| If this case reaches trial, will you act as the trial attorney? | | ✔ |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on December 18, 2025

Attorney signature: S/Junru Chen
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023